RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/1/5/09
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL NO. 99-0920 |
| VERSUS | * | CHIEF JUDGE JAMES |
| BILLY T. BLAKE<br>Defendant<br>AND | * | MAGISTRATE JUDGE HAYES |
| LSDI, LP<br>AND ITS SUCCESSORS OR ASSIGNS<br>Garnishee | | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, LSDI, LP, and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 27, 2009, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $1,948.00 and net wages of $1,587.19.

On July 6, 2009, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C.

§1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Billy T. Blake, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or

2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Department of Justice, and mailed to the Office of the United States Attorney, 300 Fannin Street, Suite 3201, Shreveport, LA 71101-3068, Attention: Financial Litigation Unit, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: 8-19-09     By: _____
United States ~~Magistrate~~ Judge